**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00941-CR

**ANTHONY RASHAD GEORGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76714-S**

## ORDER

Before the Court is court reporter Lisa V. Jackson's second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order. Ms. Jackson is cautioned that further extensions will be disfavored.

/s/     CRAIG STODDART
          JUSTICE